So Ordered.

Signed this 8 day of June, 2020.

_____

Robert E. Littlefield, Jr.

United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
_____

In re:

                    Case No.
                     Chapter \_\_\_

Debtor(s).
_____

**ORDER TERMINATING LOSS MITIGATION AND FINAL REPORT**

Name of Creditor: _____

Property Address: _____

Last Four Digits of Account Number of Loan: _____

Filing Date of Loss Mitigation Request: \_\_/\_\_/\_\_

Date of Entry of Loss Mitigation Order: \_\_/\_\_/\_\_

Other Requests for Loss Mitigation in this Case: Yes \_\_\_\_\_     No \_\_\_\_\_

      The use of the Court's Loss Mitigation Program Procedures has resulted in the following

*[please check appropriate box below]*:

☐    Creditor granted a loan modification

☐    Debtor[1] rejected Creditor's offer of a loan modification

☐    Creditor and Debtor were unable to reach an agreement

---

[1] In joint cases, use of the term "Debtor" shall be read as referring to both Debtors.

(LM:12 Order Terminating & Final Rpt. 03-15-2016)

☐ Debtor surrendered the real property

☐ Creditor agreed to a short sale

☐ Loss Mitigation was terminated due to Debtor's voluntary dismissal of the case

☐ Loss Mitigation was terminated because the case was involuntarily dismissed

☐ Other - Loss Mitigation was terminated for the following

reason(s):_____

_____

_____

NOW, based upon the foregoing, it is hereby

**ORDERED**, that Loss Mitigation is terminated with respect to the Loan identified above by the last four digits of the account number.

### 

(LM:12 Order Terminating & Final Rpt. 03-15-2016)