So Ordered.

Signed this 30 day of June, 2020.

_____

Robert E. Littlefield, Jr.

United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

CASE NO.: 16-11620

In re:

CHAPTER 13

Helen V Hilton,

JUDGE ROBERT E. LITTLEFIELD

Debtor.

------------------------------------------------------------------X

## ORDER CONDITIONALLY GRANTING RELIEF FROM THE AUTOMATIC STAY

Upon the Motion of BSI Financial Services as servicer for U.S. Bank Trust National Association, as Trustee of the Igloo Series II Trust (the "Movant"), dated March 16, 2020, with exhibits attached thereto, submitted in support of said application, with proof of service upon the Trustee, Debtor, Debtor's Attorney, and U.S. Trustee;

**NOW,** upon the motion of Friedman Vartolo, LLP attorneys for Movant, upon the consent of the Debtor and Debtor's Attorney, it is hereby:

**ORDERED,** that the motion of Movant is conditionally granted as set forth below, and it is further

**ORDERED**, that the Debtor shall file an Amended Chapter 13 Plan within 14 days of the entry of this Order to add post-petition arrears in the amount of $5,447.42 to the pre-petition arrears owed to Movant, and said post-petition arrears are broken down as follows:

| | |
|---|---|
| 4 Monthly Payments (02/01/2020-05/01/2020) at $1,529.62 each | = $ 6,118.48 |
| Reasonable Attorney Fees | = $ 400.00 |
| Reasonable Attorney Costs | = $ 181.00 |
| Less Suspense | = $ (1,252.06) |
| Total | = $ 5,447.42 |

and it is further,

**ORDERED**, that Movant is permitted to file a Supplemental Proof of Claim on the Court's Claims Register to itemize these arrears; and it is further

**ORDERED**, that the Debtor shall make timely regular monthly payments to Movant at the address listed below by the first day of each and every month, commencing with the June 1, 2020 payment;

BSI Financial Services
314 S. Franklin Street
P.O. Box 517
Titusville, PA 16354

and it is further

**ORDERED**, that in the event the Debtor fails to file an Amended Chapter 13 plan per the terms of this Order or tender any of the regular ongoing payments and thereafter fails to cure the default within ten (10) days from the date of service of a written Notice of Default on the Debtor, Co-borrower, and Debtor's Attorney, the Movant may file an Affirmation of Non-Compliance together with a proposed Ex-Parte Order Granting Relief from the Automatic Stay and Co-Debtor Stay. Upon issuance of the Ex-Parte Order, the Automatic Stay and Co-Debtor stay shall be deemed vacated with respect to the Movant, allowing the Movant, its agents, successors and/or assigns in interest to exercise all rights available to it under applicable state law with respect to the

real property known as 9 New York Ave., Rensselaer, New York 12144 (the "Property"); and it is further

**ORDERED,** that in the event that three (3) Notices of Default have been sent to Debtor and Debtor's Attorney as a result of three defaults under this Order, the Movant may file an Affirmation of Non-Compliance together with a proposed Ex-Parte Order Granting Relief from the Automatic Stay. Upon issuance of the Ex-Parte Order, the Automatic Stay shall be deemed vacated with respect to the Movant, allowing the Movant, its agents, successors and/or assigns in interest to exercise all rights available to it under applicable state law to exercise its remedies against the Property; and it is further

**ORDERED,** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, except Chapter 11 and Subchapter 5, this Order will remain in full force and effect; and it is further

**ORDERED,** that the Movant shall promptly report and turn over to the Chapter 13 Trustee any surplus monies realized by any sale of the Property.

By: _____  Date: 6/17/2020
Elizabeth Fairbanks-Fletcher            Saratoga Springs, NY
Fairbanks Fletcher Law PLLC
3257 Route 9, Suite 5
Saratoga Springs, NY 12866

By: /s/ Richard Postiglione, Esq.       Date: 06/29/2020
Richard Postiglione, Esq.               Garden City, NY
Attorney for Movant
1325 Franklin Avenue, Ste. 230
Garden City, NY 11530

By: _____  Date: 6/29/2020
Andrea E. Celli
Chapter 13 Trustee

###